# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FREDDIE L. KELLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2185

[May 19, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562016CF002775A.

Freddie L Kelly, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***